*Pari,* for petitioner. *A. Earl Shaw, Jr.,* Town Solicitor, for respondent.

M. P. No. 809. ERIC HASSELL *et ux. v.* ZONING BOARD OF REVIEW OF CITY OF EAST PROVIDENCE. Show Cause Order in form and substance same as M. P. 627 above. *Edward Bromage, Jr.,* for petitioners. *Nathan E. Pass,* City Solicitor, for respondent.

M. P. No. 827. AVIS L. FISHLOCK *et al. v.* ZONING BOARD OF REVIEW OF CITY OF WARWICK. Show Cause Order in form and substance same as M. P. 627 above. *Donald P. Ryan,* for petitioners. *Howard R. Haronian,* City Solicitor, for respondent.

M. P. No. 829. A. FERLAND & SONS, INC. *v.* ZONING BOARD OF REVIEW OF CITY OF EAST PROVIDENCE. Show Cause Order in form and substance same as M. P. 627 above. *William F. Fidalgo,* for petitioner. *Nathan E. Pass,* City Solicitor, for respondent.

M. P. No. 833. FRANK BASSI *et ux. v.* ZONING BOARD OF REVIEW OF CITY OF PROVIDENCE. Show Cause Order in form and substance same as M. P. 627 above. *Anthony B. Sciarretta,* for petitioners. *Robert J. McOsker,* City Solicitor, for respondent. *Thomas F. Farrelly,* representing Charles H. Gagnier.

M. P. No. 835. ALICE LOVELESS *et al. v.* ZONING BOARD OF REVIEW OF CITY OF PROVIDENCE. Show Cause Order in form and substance same as M. P. 627 above. *Conrad M. Cutcliffe,* for petitioners. *Robert J. McOsker,* City Solicitor, for respondent.

M. P. No. 846. A. FERLAND & SONS, INC. *v.* ZONING BOARD OF REVIEW OF TOWN OF LINCOLN. Show Cause Order in form